1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone:(415) 436-6809
7  Fax:  (415) 436-7234
   Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**
JUL 23 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   CR No. 09-0686 MAG
                                     )
14           Plaintiff,              )
                                     )   STIPULATION AND
15      v.                           )   ORDER EXCLUDING TIME UNDER THE
                                     )   SPEEDY TRIAL ACT FROM JULY 20,
16  LAURA YOUNG,                     )   2009, TO AUGUST 17, 2009
                                     )
17                                   )
            Defendant.               )
18                                   )

19      On July 20, 2009, the parties in this case appeared before the Honorable Nandor Vadas for an
20  initial appearance and arraignment. At that time, the parties stipulated that time should be
21  excluded from the Speedy Trial Act calculation from July 20, 2009 to August 17, 2009 for
22  effective preparation of counsel. The parties represented that granting the continuance was for
23  the reasonable time necessary for effective preparation of counsel, taking into account the
24  exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties
25  //
26  //
27  //
28  //

Proposed Stipulation and Order
CR No. 09-0686 MAG                           1

Case3:09-cr-00686-MAG   Document2   Filed07/21/09   Page2 of 2

1  also agreed that the ends of justice served by granting such a continuance outweighed the best
2  interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).
3  IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

6  DATED:    7/20/09                         /s/
                                       ACADIA SENESE
7                                      Special Assistant United States Attorney

8  DATED:    7/20/09                         /s/
9                                      JODI LINKER
                                       Attorney for Laura Young

11     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from July 20,
12  2009, to August 17, 2009, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv).

14  IT IS SO ORDERED.

16  DATED: 7/23/09                    _____
                                       THE HON. NANDOR VADAS
17                                     United States Magistrate Judge

Proposed Stipulation and Order
CR No. 09-0686 MAG                    2